UNITED STATES COURT OF APPEALS
FOR THE Seventh CIRCUIT

UNREE MOULTRIE
plaintiff-appellant CASE # NO22-2933
DISTRICT CASE# 4-20-cv-04083

V

Kelly CHEESMAN, et al,
DefendanTS-Appellees

U.S.C.A. — 7th Circuit
RECEIVED
SEP 07 2023

MOTION SEEKING AN
EXTENSION of TIME

Comes now the plaintiff Unree Moultrie in pro-se to request from this Most honorable court an extension of time and he prays the following will support but not Limited to.

1 The appellant is currently homeless.

2. He doing all he can to try an correct the homeless situation.

3. And he just don't have the freedom time nor money right now to present this matter to the court of appeals

4 I'm trying to live respectfully manner

Wherefore the above stated reasons He pray that this most honorable Court will grant him a 60 day extension of Time

Respectfully submitted
by Unique Moultrie III
IN pro-se Sept 4, 2023

# CERTIFICATE of SERVICE

I Unree moultrie III hereby swear that i have sent a copy of this motion attached & the fallowing defendants of record but not limited too the fallowing

KELLY CHEESMAN
200 S Cherry st
Galesburg IL 61401

Sign by
Unree moultrie III
Sept 4, 2023