# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 8, 2023

*By the Court*:

| | |
|---|---|
| No. 22-2933 | UNREE MOULTRIE,<br>Plaintiff - Appellant<br><br>v.<br><br>KELLY CHEESMAN, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 4:20-cv-04083-SLD-JEH<br>Central District of Illinois<br>District Judge Sara Darrow | |

Upon consideration of the **MOTION SEEKING AN EXTENSION OF TIME**, filed on September 7, 2023, by the pro se appellant,

**IT IS ORDERED** that the rule to show cause is **SUSPENDED** pending the timely filing of a brief by the appellant.

Briefing shall proceed as follows:

1. The brief and required short appendix of the appellant are due by November 7, 2023.

Given the number of extensions of time given in this matter, the appellant is expected to meet this deadline.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).